UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE ADVOCATE AURORA HEALTH PIXEL LITIGATION | Civil Action No. 2:22-cv-1253-JPS |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Shyanne John, Richard Webster, Deanna Danger, James Gabriel, Katrina Jones, Derrick Harris, Amber Smith, Bonnie LaPorta, Angel Ajani, and Alistair Stewart (collectively, "Plaintiffs"), and Defendant Advocate Aurora Health, Inc. ("AAH") (together with Plaintiffs, the "Parties") jointly move the Court for an extension of time to file a motion for preliminary approval of class action settlement. In support thereof, the Parties state the following:

1. Pursuant to the Court's Text Order of July 6, 2023, the Parties have a deadline of July 28, 2023 to file a motion for preliminary approval of class action settlement.

2. The Parties have been working diligently and in good faith to memorialize their agreement, including exchanging multiple drafts of the agreement and related exhibits, and agree on a motion for preliminary approval of the proposed settlement for the Court's consideration, but require additional time to finalize and execute.

3. The Parties thus request an additional two weeks until August 11, 2023, to file their motion for preliminary approval of class action settlement.

WHEREFORE, the Parties respectfully request that this Court enter an order extending the deadline within which to file a motion for preliminary approval of class action settlement until August 11, 2023.

| Dated: July 27, 2023 | Respectfully Submitted, |
|---|---|
| /s/ Daniel E. Conley | /s/ Gary M. Klinger |

Daniel E. Conley (WI Bar #1009443)
Kristin C. Foster (WI Bar #1131939)
Nathan Oesch (WI Bar # 1101380)
**QUARLES & BRADY LLP**
411 East Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202-4428
Telephone: (414) 277-5100
daniel.conley@quarles.com
kristin.foster@quarles.com
nathan.oesch@quarles.com

Matthew Splitek (WI Bar #1045592)
**QUARLES & BRADY LLP**
33 E Main St, Suite 900
Madison, WI 53703
Telephone: (608) 251-5000
matthew.splitek@quarles.com

Edward R. McNicholas
Frances Faircloth
**ROPES & GRAY LLP**
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Telephone: (202) 508-4600
edward.mcnicholas@ropesgray.com
frances.faircloth@ropesgray.com

Anne Johnson Palmer
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, California 94111-4006
Telephone: (415) 315-6300
Anne.johnsonpalmer@ropesgray.com

*Counsel for Defendant*
*Advocate Aurora Health, Inc.*

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

Terence R. Coates
Dylan J. Gould
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Telephone: (513) 651-3700
tcoates@msdlegal.com
dgould@msdlegal.com

*Interim Co-Lead Class Counsel*