## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE ADVOCATE AURORA HEALTH PIXEL LITIGATION | Lead Case No. 22-CV-1253-JPS <br><br> (Consolidated with Case Nos. 22-CV-1278-JPS; 22-CV-1305-JPS; 23-CV-00259-JPS; 23-CV-00260-JPS) <br><br> This Document Relates to: All Actions |

### PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Under Federal Rule of Civil Procedure 23(e), Plaintiffs Shyanne John, Richard Webster, Deanna Danger, James Gabriel, Katrina Jones, Derrick Harris, Amber Smith, Bonnie LaPorta, Alistair Stewart, and Angel Ajani (collectively, "Plaintiffs") respectfully move this Court to enter the proposed Order Granting Preliminary Approval of Class Action Settlement (attached as **Exhibit 1**). Plaintiffs consulted with Defendant before filing this Motion and determined that this Motion is unopposed. The grounds for the Court's potential granting of this unopposed Motion are included in the accompanying Memorandum in Support of Preliminary Approval of Class Action Settlement. Also, in support of this Motion, Plaintiffs attach in support the Settlement Agreement (**Exhibit 2**) including its exhibits, the Declaration of Gary M. Klinger in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (**Exhibit 3**), and the Declaration of Kroll Settlement Administration, LLC (**Exhibit 4**).

        Respectfully submitted,

        */s/ Gary M. Klinger*
        Gary M. Klinger
        **MILBERG COLEMAN BRYSON**
        **PHILLIPS GROSSMAN, PLLC**

227 Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
gklinger@milberg.com

Terence R. Coates
Dylan J. Gould
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Telephone: (513) 651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com
dgould@msdlegal.com

*Interim Co-Lead Class Counsel*

Nola J. Hitchcock (WI Bar No. 1015817)
Mary C. Flanner (WI Bar No. 1013095)
**CROSS LAW FIRM, S.C.**
845 North 11th St.
Lawyers' Building
Milwaukee, WI 53233
Tel: (414) 224-0000
Fax: (414) 273-7055
njhcross@crosslawfirm.com
mflanner@crosslawfirm.com

*Local Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2023, I served a copy of the foregoing via electronic filing in the ECF system.

> */s/ Gary M. Klinger*
> Gary M. Klinger