# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE ADVOCATE AURORA HEALTH PIXEL LITIGATION | Lead Case No. 22-CV-1253-JPS <br><br> (Consolidated with Case Nos. 22-CV-1278-JPS; 22-CV-1305-JPS; 23-CV-00259-JPS; 23-CV-00260-JPS) <br><br> This Document Relates to: All Actions |

## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARDS

Pursuant to Fed. R. Civ. P. 23(h) and Fed. R. Civ. P. 54(d)(2), as well as this Court's August 21, 2023, Order Granting Preliminary Approval of Class Action Settlement [ECF 36], Plaintiffs and Class Counsel respectfully move the Court for an award of attorneys' fees in the amount of $4,278,750 (35% of the $12,225,000 common fund), litigation expenses in the amount of $23,356.02, and Class Representative Service Awards in the amount of $3,500.00 for each Class Representative.

Attached in support of this Motion are Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Class Representative Service Awards, the Declaration of Terence R. Coates in Support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Class Representative Service Awards, and Class Representatives' Declarations in Support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Class Representative Service Awards.

Respectfully submitted,

*/s/ Terence R. Coates*
Terence R. Coates
Dylan J. Gould

**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Telephone: (513) 651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com
dgould@msdlegal.com

Gary M. Klinger
Alexandra M. Honeycutt
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252.0878
gklinger@milberg.com
ahoneycutt@milberg.com

*Class Counsel*

Nola J. Hitchcock Cross (WI Bar No. 1015817)
Mary C. Flanner (WI Bar No. 1013095)
**CROSS LAW FIRM, S.C.**
845 North 11th St.
Lawyers' Building
Milwaukee, WI 53233
Telephone: (414) 224-0000
Fax: (414) 273-7055
njhcross@crosslawfirm.com
mflanner@crosslawfirm.com

*Local Counsel*

Joseph M. Lyon
**THE LYON LAW FIRM**
2754 Erie Ave.
Cincinnati, OH 45208
Telephone: (513) 381-2333
jlyon@thelyonfirm.com

Bryan L. Bleichner
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-3700
bbleichner@chestnutcambronne.com

2

Stephen R. Basser
**BARRACK RODOS & BACINE**
One America Plaza
600 West Broadway, Ste. 900
San Diego, CA 92101
Telephone: (619) 230-0800
sbasser@barrack.com

John Emerson
**EMERSON FIRM LLP**
2500 Wilcrest, Ste. 300
Houston, TX 77042
Telephone: (800) 551-8649
jemerson@emersonfirm.com

Ryan F. Stephan
James B. Zouras
Teresa M. Becvar
**STEPHAN ZOURAS, LLP**
222 W. Adams Street, Suite 2020
Chicago, IL 60606
Telephone: (312) 233-1550
rstephan@stephanzouras.com
jzouras@stephanzouras.com
tbecvar@stephanzouras.com

Bryan Paul Thompson
**CHICAGO CONSUMER LAW CENTER**
650 Warrenville Road, Suite 100
Lisle, IL 60532
Telephone: (312) 584-2614
Bryan.thompson@cclc-law.com

Michael Kind, Esq.
**KIND LAW**
8860 S. Maryland Parkway, Suite 106
Las Vegas, NV 89123
Telephone: (844) 399-5463
mk@kindlaw.com

*Counsel for Plaintiffs*