# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: ADVOCATE AURORA HEALTH PIXEL LITIGATION | ) Lead Case No. 22-CV-1253-JPS </br> ) </br> ) (Consolidated with Case Nos. 22-CV-1278-JPS; </br> ) 22-CV-1305-JPS; 23-CV-0259-JPS; </br> ) 23-CV-0260-JPS) </br> ) </br> ) This Document Relates to: All Actions |

## NOTICE OF APPEARANCE OF M. FRANK BEDNARZ

1

M. Frank Bednarz hereby appears as counsel of record for objecting class member Theodore M. Wynnychenko. His office mailing address is 1440 W. Taylor St # 1487, Chicago, IL 60607. His phone number is (801) 706-2690. His email address is frank.bednarz@hlli.org. He is a member of the E.D. Wisconsin bar, reciprocally admitted from Massachusetts and Illinois where his bar identification numbers are 676742 and 6299073, respectively.

Dated: February 20, 2024                Respectfully submitted,

/s/ M. Frank Bednarz
M. Frank Bednarz (Ill. ARDC No. 6299073)
HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1440 W. Taylor St # 1487
Chicago, IL 60607
Voice: 801-706-2690
Email: frank.bednarz@hlli.org

Adam E. Schulman (DC Bar No.1001606)
HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1629 K Street NW, Suite 300
Washington, DC 20006
Voice: 610-457-0856
Email: adam.schulman@hlli.org

*Attorneys for Objector Theodore M. Wynnychenko*

# CERTIFICATE OF SERVICE

The undersigned certifies that, on February 20, 2024, he caused this document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all counsel of record registered for ECF filing.

Dated: February 20, 2024

                                                By:    /s/M. Frank Bednarz
                                                        M. Frank Bednarz