UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| IN RE ADVOCATE AURORA HEALTH PIXEL LITIGATION | Lead Case No. 22-CV-1253-JPS<br><br>(Consolidated with Case Nos. 22-CV-1278-JPS; 22-CV-1305-JPS; 23-CV-00259-JPS; 23-CV-00260-JPS)<br><br>This Document Relates to: All Actions |

**PLAINTIFFS' UNOPPOSED MOTION REQUESTING ADDITIONAL PAGES**

Plaintiffs file this unopposed motion requesting that the Court allow for extended page limitations for the contents of Plaintiffs' motion for final approval of class actions settlement.

Plaintiffs believe that additional pages beyond the limits set by Civil Local Rule 7(f) are necessary and reasonable under the circumstances. This is a complex class action settlement wherein the motion for final approval will address the reasonableness of the Settlement, the effectiveness of the robust class notice program, the claims received and validated to date, and the objections to the Settlement (one of which alone is approximately 23 pages in length.) *See* ECF No. 42.

The current deadline to respond is Friday, **February 23, 2024.** Under the Court's Local Rules (Civil L. R. 7(f)), the responding memorandum must not exceed **30 pages** without leave of court. Class Counsel respectfully request leave of Court to file a longer memorandum, specifically 10 additional pages for a total of up to **40 pages.** Plaintiffs have conferred with Defendant Advocate Aurora Health, Inc. regarding Plaintiffs' page extension request and learned that Defendant does not oppose Plaintiffs' request for a page extension of up to 40 pages.

1

## CONCLUSION

For these reasons, Class Counsel respectfully requests the Court to approve the request for a response memorandum up to 40 pages.

Respectfully submitted,

/s/ Mary C. Flanner
Mary C. Flanner (WI Bar No. 1013095)
**CROSS LAW FIRM, S.C.**
845 North 11th St.
Lawyers' Building
Milwaukee, WI 53233
Tel: (414) 224-0000
Fax: (414) 273-7055
mflanner@crosslawfirm.com

*Local Counsel*

Gary M. Klinger
Alexandra M. Honeycutt
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
gklinger@milberg.com
ahoneycutt@milberg.com

Terence R. Coates
Dylan J. Gould
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Telephone: (513) 651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com
dgould@msdlegal.com

*Class Counsel*