# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

*IN RE* ADVOCATE AURORA HEALTH PIXEL LITIGATION

| | |
|---|---|
| SHYANNE JOHN, DERRICK HARRIS, AMBER SMITH, KATRINA JONES, JAMES GABRIEL, and BONNIE LAPORTA,<br><br>Plaintiffs,<br><br>v.<br><br>ADVOCATE AURORA HEALTH, INC.,<br><br>Defendant. | Case No. 22-CV-1253-JPS<br><br><br>**JUDGMENT** |
| RICHARD WEBSTER,<br><br>Plaintiff,<br><br>v.<br><br>ADVOCATE AURORA HEALTH, INC.,<br><br>Defendant. | Case No. 22-CV-1278-JPS |
| DEANNA DANGER,<br><br>Plaintiff,<br><br>v.<br><br>ADVOCATE AURORA HEALTH, INC.,<br><br>Defendant. | Case No. 22-CV-1305-JPS |

| | |
|---|---|
| ANGEL AJANI,<br><br>                Plaintiff,<br><br>v.<br><br>ADVOCATE AURORA HEALTH, INC.,<br><br>                Defendant. | Case No. 23-CV-259-JPS |
| ALISTAIR STEWART,<br><br>                Plaintiff,<br><br>v.<br><br>ADVOCATE AURORA HEALTH, INC.,<br><br>                Defendant. | Case No. 23-CV-260-JPS |

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' motion for final approval of the parties' class action settlement, ECF No. 46, be and the same is hereby **GRANTED**; the Court grants final approval of the Settlement Agreement in full, and the relief provided for in the Settlement Agreement shall be made available to the Settlement Class Members submitting valid Claim Forms, pursuant to the terms and conditions in the Settlement Agreement;

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs' motion for attorneys' fees, expenses, and class representative service awards, ECF No. 38, be and the same is hereby **GRANTED in part**;

**IT IS FURTHER ORDERED AND ADJUDGED** that the Settlement Agreement, ECF No. 35-2, is fair, reasonable, adequate and in the best interests of Settlement Class Members;

**IT IS FURTHER ORDERED AND ADJUDGED** that solely for purposes of the Settlement Agreement, the Final Approval Order, and this Judgment, the Court hereby certifies the following Settlement Class:

> All individuals residing in the United States whose Personal Information or health information was or may have been disclosed to a third party without authorization or consent through any Tracking Pixel on Defendant's websites, LiveWell App, or MyChart patient portal between October 24, 2017 and October 22, 2022. Excluded from the Class are Defendant and its affiliates, parents, subsidiaries, officers, and directors, as well as the judges presiding over this matter and the clerks of said judges. This exclusion does not apply to those employees of Defendant and its Related Parties who received Defendant's October 22, 2022 notification regarding its usage of Tracking Pixels;

**IT IS FURTHER ORDERED AND ADJUDGED** that the Court grants final approval to the appointment of Shyanne John, Richard Webster, Deanna Danger, James Gabriel, Katrina Jones, Derrick Harris, Amber Smith, Bonnie LaPorta, Angel Ajani, and Alistair Stewart as Class Representatives, and concludes that they have fairly and adequately represented the Settlement Class and shall continue to do so;

**IT IS FURTHER ORDERED AND ADJUDGED** that the Court grants final approval to the appointment of Gary M. Klinger and Alexandra Honeycutt of Milberg Coleman Bryson Phillips Grossman, PLLC, located at 227 W. Monroe Street, Suite 2100, Chicago, IL 60606, and Terence R. Coates and Dylan J. Gould of Markovits, Stock & DeMarco, LLC, located at 119 E. Court Street, Suite 530, Cincinnati, OH 45202, as Class Counsel. Class Counsel have fairly and adequately represented the Settlement Class and shall continue to do so;

**IT IS FURTHER ORDERED AND ADJUDGED** that the Court awards Class Counsel $2,824,993.19 in fees and reimbursement of $23,356.02 in expenses. The Court finds these amounts to be fair and reasonable. Payment shall be made from the Settlement Fund pursuant to the procedures in Section X of the Settlement Agreement. Class Counsel shall have sole discretion in allocating the $2,824,993.19 of attorneys' fees among Plaintiff's counsel;

**IT IS FURTHER ORDERED AND ADJUDGED** that the Court awards $3,500 to each Plaintiff as a Service Award. The Court finds this amount is justified by their service to the Settlement Class. Payments shall be made from the Settlement Fund pursuant to the procedures in Section X of the Settlement Agreement;

**IT IS FURTHER ORDERED AND ADJUDGED** that the Settlement Fund, consisting of twelve million two hundred and twenty-five dollars and no cents ($12,225,000.00), shall be used to pay all costs of the Settlement, including all payments to Settlement Class Members, Notice and Settlement Administration Costs, the Attorneys' Fees and Litigation Expenses Award to Class Counsel, the Class Representatives' Service Award, and, if applicable, any benefits to the Charitable Healthcare Recipients; and

**IT IS FURTHER ORDERED AND ADJUDGED** that Court hereby dismisses this consolidated action and all its member cases in their entirety with prejudice, and without fees or costs except as otherwise provided.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court

July 10, 2024
Date

s/ *Jodi L. Malek*
By: Deputy Clerk